UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )   Case No. 13bk49523
Childrens Academy of Learning, Inc.             )
                                                )   Chapter 11
                                                )
Debtor.                                         )   Honorable Timothy A. Barnes
                                                )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO FORREST L INGRAM, ATTORNEYS FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 8,766.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 153.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 8,613.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 8,613.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Unreasonable Time – TOTAL of disallowed amounts: $ 102.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same). In this case, the court entries indicated that the matter was called and ruled on within an hour of the time the hearing was scheduled for and therefore struck 0.2 hours.

**(2)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 51.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical

entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: May 27, 2014

Timothy A. Barnes
United States Bankruptcy Judge

| | | Forrest L. Ingram, P.C._Attorneys and Counsellors_79 W. Monroe, Suite 1007_Chicago, IL 60603-4907 | Childrens Academy Exhibit B | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 3/8/14 | Admin | Exchange emails with client re operating report for January. | FLI | 0.1 | $51.00 |
| 3/11/14 | Admin | Email to client re overdue operating reports. | FLI | 0.1 | $51.00 |
| 3/12/14 | Admin | Email to client re operating report due. | FLI | 0.1 | $51.00 |
| 3/17/14 | Admin | Spoke with A. Nestor re operating reports. | FLI | 0.1 | $51.00 |
| 3/17/14 | Admin | Review docket and calendar; organize actions for next two weeks. | FLI | 0.1 | $51.00 |
| 4/4/14 | Admin | Organize upcoming tasks for moving forward with the chapter 11 case. | FLI | 0.1 | $51.00 |
| 4/9/14 | Admin | Email to client re dcelinquent operating reports. | FLI | 0.1 | $51.00 |
| 4/10/14 | Admin | Obtain documents from client; copy. File operating reports for January and February 2014. | FLI | 0.2 | $102.00 |
| (2) 4/10/14 | Admin | Collate and file operating reports for Jan. and Feb. 2014. | FLI | 0.1 | $51.00 |
| 4/17/14 | Admin | Email to client re March operating reports due Monday. | FLI | 0.1 | $51.00 |
| 4/22/14 | Admin | Email to client re overdue operating report. | FLI | 0.1 | $51.00 |
| | | **Subtotal Admin** | | **1.2** | **$612.00** |
| 3/6/14 | Adv | Spoke with AW re potential adversary re receiver and Urban Partnership Bank. | FLI | 0.2 | $102.00 |
| | | **Subtotal Adv** | | **0.2** | **$102.00** |
| 3/6/14 | CM | Review order granting adequate protection for Ford; email to client with opy of order and directions to pay current. | FLI | 0.2 | $102.00 |
| 3/6/14 | CM | Begin drafting motion to compel receiver to turn over property to the Debtor. | FLI | 0.8 | $408.00 |
| 3/6/14 | CM | Direct AW to research 543(b). | FLI | 0.1 | $51.00 |
| 3/6/14 | CM | Draft response to Receiver's motion to lift the stay; discuss code and case law basis for response with AW. | FLI | 1.5 | $765.00 |
| 3/6/14 | CM | Send draft of response to Receiver's motion to client for comment. | FLI | 0.1 | $51.00 |
| 3/7/14 | CM | Complete first draft of Debtor's motion to compel receiver to turn over property of the Debtor. | FLI | 1.1 | $561.00 |
| 3/8/14 | CM | Spoke with Ian Brenson re Uban Partnership, state court case, motion for summary judgment. | FLI | 0.1 | $51.00 |
| 3/10/14 | CM | File response to ALPS Group motion to lift stay. | FLI | 0.1 | $51.00 |
| 3/10/14 | CM | File motion to compel receiver to turnover property. | FLI | 0.1 | $51.00 |
| 3/12/14 | CM | Prepare for court and court appearance re two motions--receiver's motion to lift stay and debtor's motion to compel receiver to turn over property. Hearing 4/30/14 at 10:30 A.M. | FLI | 1.2 | $612.00 |
| 3/12/14 | CM | Review order lifting the stay for Ford Motor; call Chrisopher Purcell; left message. | FLI | 0.1 | $51.00 |
| 3/12/14 | CM | Emial to AN re court's rulings in court this morning. | FLI | 0.1 | $51.00 |
| 3/13/14 | CM | Further conversation with Chris Purcell; make a deal with Ford Motor to vacate the order lifting the stay, and paying Ford for 3 months. | FLI | 0.1 | $51.00 |
| 3/13/14 | CM | Email to client re obtaining check to give to Ford resolving issues raised in the motion to lift the stay. | FLI | 0.1 | $51.00 |
| 3/14/14 | CM | Review files; draft motion to vacate order of March 12, 2014 lifting the stay for Ford Motor to repossess the 2013 Ford Edge. | FLI | 1.1 | $561.00 |
| 3/18/14 | CM | Call Chris Purcell to inform him that I have a cashier's check for Ford Motor to pay off all delinquencies. | FLI | 0.1 | $51.00 |
| 3/20/14 | CM | Respond to email from client; send proposed order re motion to vacate order lifting the stay. | FLI | 0.1 | $51.00 |

| | Date | Code | Description | Atty | Time | Fee |
|---|---|---|---|---|---|---|
| | 3/25/14 | CM | Court appearance re motion to vacate order lifting the stay for Ford Motor. Order entered. | FLI | 0.5 | $255.00 |
| | 3/25/14 | CM | Email to client re court's ruling this morning; send copy of order. | FLI | 0.1 | $51.00 |
| | 4/13/14 | CM | Analyze motion to lift stay by the ALPS Group and UPB. Outline response. | FLI | 0.2 | $102.00 |
| | 4/13/14 | CM | Email to A. Nestor and I. Brenson re facts and issues raised by UPB in its response and motion. | FLI | 0.2 | $102.00 |
| | 4/13/14 | CM | Draft Reply to Response of UPB/Receiver re motion to compel and motion to lift stay; send to client and state court attorney for comment. | FLI | 1.8 | $918.00 |
| | 4/14/14 | CM | Exchange emails with client re reply to UPB response to motion to compel and motion to lift stay. | FLI | 0.1 | $51.00 |
| | 4/15/14 | CM | Spoke with I. Brenson re facts and arguments set forth in Debtors' reply to UPB's response. | FLI | 0.1 | $51.00 |
| | 4/15/14 | CM | Final revisions to Reply; draft notice of filing; file Reply and Notice of Filing. | FLI | 0.3 | $153.00 |
| | 4/17/14 | CM | Exchange emails with client re infor needed to respond to Receiver's motion. | FLI | 0.1 | $51.00 |
| | 4/29/14 | CM | Prepare for court on motion to compel and on receiver's motion to lift the stay. | FLI | 0.3 | $153.00 |
| (1) | 4/30/14 | CM | <u>Court appearance re motion to compel and motion to lift stay; full argument; court entered order with mixed results.</u> | <u>FLI</u> | <u>1.2</u> | <u>$612.00</u> |
| | 4/30/14 | CM | Email to client explainng the order entered by the court this morning and suggesting strategies for reorganization. | FLI | 0.2 | $102.00 |
| | | | **Subtotal CM** | | **12.1** | **$6,171.00** |
| | 3/6/14 | Employ | Revised and Filed Motion to Employ | Clerk2 | 2.9 | $290.00 |
| | 3/6/14 | Employ | Review and revise motion to employ counsel. | FLI | 0.2 | $102.00 |
| | 3/6/14 | Employ | Draft affidavit to attach to motion to employ. | FLI | 0.2 | $102.00 |
| | 3/26/14 | Employ | Court appearance re application to be employed as counsel. | FLI | 0.1 | $51.00 |
| | | | **Subtotal Employ** | | **3.4** | **$545.00** |
| | 3/4/14 | Fee | Prepared Fee Application | Clerk2 | 2.0 | $200.00 |
| | 3/4/14 | Fee | Review and revise application for fees. | FLI | 0.5 | $255.00 |
| | 3/5/14 | Fee | Revised Fee Application | Clerk2 | 0.3 | $25.00 |
| | 3/6/14 | Fee | Revised and Filed Fee Application | Clerk2 | 3.0 | $300.00 |
| | 3/6/14 | Fee | Review and revise 1st application for fees. Direct AW to make changes. | FLI | 0.2 | $102.00 |
| | 3/26/14 | Fee | Court appearance re first application for fees; granted.. | FLI | 0.2 | $102.00 |
| | | | **Subtotal Fee** | | **6.2** | **$984.00** |
| | 3/6/14 | Resrch | Performed Research on 543 Motion for Turnover | Clerk2 | 2.5 | $250.00 |
| | | | **Subtotal Resrch** | | **2.5** | **$250.00** |
| | 3/25/14 | Tx | Meet with A. Nestor to sign 2012 tax returns to send to Merritt. | FLI | 0.1 | $51.00 |
| | 4/7/14 | Tx | Send notice of IRS's proof of claim to client. | FLI | 0.1 | $51.00 |
| | | | **Subtotal Tx** | | **0.2** | **$102.00** |

| | | Totals by Nature | | Time | Fee |
|---|---|---|---|---|---|
| | | Subtotal Admin | | 1.2 | $612.00 |
| | | Subtotal Adv | | 0.2 | $102.00 |
| | | Subtotal CM | | 12.1 | $6,171.00 |
| | | Subtotal Employ | | 3.4 | $545.00 |
| | | Subtotal Fee | | 6.2 | $984.00 |
| | | Subtotal Resrch | | 2.5 | $250.00 |
| | | Subtotal Tx | | 0.2 | $102.00 |

| | | | Total for Children's Acad.: | 25.8 | $8,766.00 |