UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 13-49523 |
| Childrens Academy of Learning, Inc. | Chapter: 11 |
| | Honorable Timothy A. Barnes |
| Debtor(s) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L INGRAM, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TOTAL FEES REQUESTED:   $ $9,817.00   TOTAL COSTS REQUESTED: $ 0.00
TOTAL FEES REDUCED:       $ 408.00       TOTAL COSTS REDUCED: $ 0.00
TOTAL FEES ALLOWED:     $ 9,409.00     TOTAL COSTS ALLOWED: $ 0.00

TOTAL FEES AND COSTS ALLOWED: $ 9,409.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) Computational or Typographical Error – TOTAL of disallowed amounts: $ 102.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. The marked entry was charged to all cases and only allowed in the John Nestor case as that was the first case.

(2) Overhead Costs are Non-Compensable – TOTAL of disallowed amounts: $ 255.00

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. See In re Wildman, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." In re Convent Guardian Corp., 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (Sonderby, J.) (quoting In re Thacker, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985) (Toles, J.)).

(3) No Benefit to the Estate – TOTAL of disallowed amounts: $ 51.00

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). Collection of attorney's fees confers no benefit to the estate, only to the attorney.

Enter:

Dated: 30 JUL 2014

United States Bankruptcy Judge

**Prepared by:**

Rev: 20120501_bko

| | | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 1007<br>Chicago, IL 60603-4907 | **Childrens Academy Exhibit B** | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 05/06/14 | Admin | Email to client re motion to mdoify order of April 30, 2014, and re status report on case. | FLI | 0.1 | $51.00 |
| 05/20/14 | Admin | Met with A. Nestor re operating report; review document; scan in and file with the court. | FLI | 0.2 | $102.00 |
| 06/04/14 | Admin | Email to client re results of court hearing thismorning and what needs to be done to avoid conversion or dismissal. | FLI | 0.2 | $102.00 |
| 06/06/14 | Admin | Email to client re issues raised by trustee in the motion to dismiss, as well as other matters. | FLI | 0.1 | $51.00 |
| 06/09/14 | Admin | Email to client re fee payment to trustee and adequate protection payment to UPB. | FLI | 0.1 | $51.00 |
| 06/17/14 | Admin | Reviewed documents showing debtor has adequate insurance. | FLI | 0.2 | $102.00 |
| 06/17/14 | Admin | Summarize today's discussions and decisions about what needs to be done and send to client. | FLI | 0.2 | $102.00 |
| <u>06/18/14</u> | <u>Admin</u> | <u>Complete analysis of chapter 11 cases, indicating court action and work to be done.</u> | <u>FLI</u> | <u>0.2</u> | <u>$102.00</u><br>(1) Typo |
| 06/21/14 | Admin | Exchange emails with Anna Nestor re operating report due. | FLI | 0.1 | $51.00 |
| 6/24/2014 | Admin | Filed May 2014 Operating Report | Clerk2 | 0.3 | $30.00 |
| | | **Subtotal Admin** | | **1.7** | **$744.00** |
| 05/01/14 | CM | Exchange emails with A. Nestor re implications of court order granting relief from stay to receiver as of May 31, 2014; discuss what can be done about it. | FLI | 0.2 | $102.00 |
| 05/01/14 | CM | Exchnage emails with I. Brenson and A. Nestor re possible actions to be taken by the receiveer. | FLI | 0.1 | $51.00 |
| 05/03/14 | CM | Exchange emails with A. Nestor re extending time to stay in Manhattan building. | FLI | 0.1 | $51.00 |
| 05/03/14 | CM | Research legal issues with respect to the motion to amend a prior order; revise draft of motion to modify. | FLI | 0.3 | $153.00 |
| 05/03/14 | CM | Communicate with A. Nestor by email and phone and fax re revised draft of motion to modify order. | FLI | 0.2 | $102.00 |
| 05/03/14 | CM | Revise text of motion in accordance with revisions suggested by A. Nestor. Email to client with copy. | FLI | 0.5 | $255.00 |
| 05/03/14 | CM | Draft affidavit of A. Nestor; send it to her with comments. | FLI | 0.6 | $306.00 |
| 05/06/14 | CM | Report to the court re status of case, moving the business, opposing receiver, upcoming motion to extend the effective date of the motion to lift stay. Motion set for May 14, 2014 at 10:00 A.M. Status set for 6/5/14 at 10:30 A.M. | FLI | 0.3 | $153.00 |
| 05/06/14 | CM | Meet with A. Nestor to review and amend her affidavit in support of the motion to modify the court's order of April 30, 2014. | FLI | 0.5 | $255.00 |
| 05/06/14 | CM | Email to Ian Brenson re court in Will County tomorrow. | FLI | 0.1 | $51.00 |
| 05/07/14 | CM | Final revisions to motion to amend order of 4/20/14; draft proposed order, prepare exhibits for filing and file. | FLI | 0.4 | $204.00 |
| 05/13/14 | CM | Exchange emails with client re tomorrow's motion hearing. | FLI | 0.1 | $51.00 |
| 05/14/14 | CM | Court appearance re motion to amend the order granting Receiver's motion to modify the stay. | FLI | 0.6 | $306.00 |
| 05/23/14 | CM | Review UPB's resonse to motion to modify order granting modification of the stay. | FLI | 0.2 | $102.00 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 05/23/14 | CM | Meet with A. Nestor to review and preapre replies to UPB's response to motion to modify order granting relief from stay. | FLI | 1 | $51.00 |
| 05/24/14 | CM | Prepare exhibit for presentation at hearingon Tuesday. | FLI | 0.1 | $51.00 |
| 05/24/14 | CM | Draft affidavit of Anna Nestor. | FLI | 1.2 | $612.00 |
| 05/24/14 | CM | Email to client with draft of affidavit and attached exhibit. | FLI | 0.1 | $51.00 |
| 05/24/14 | CM | Exchange emails with client re additional information to support the Debtor's argument against UPB. | FLI | 0.1 | $51.00 |
| 05/24/14 | CM | Draft Reply to Response of UPB to motion to extend effective date of order lifting the stay. | FLI | 1.8 | $918.00 |
| 05/24/14 | CM | Email to client, attaching draft of reply to resposne, and requesting comments. | FLI | 0.1 | $51.00 |
| 05/24/14 | CM | Prepare otice of filing. | FLI | 0.1 | $51.00 |
| 05/24/14 | CM | Exchange several emails and spoke by phone with A. Nestor re evidence to be presented in court on Tuesday. | FLI | 0.3 | $153.00 |
| 05/26/14 | CM | Several phone conversations with A. Nestor re meeting to prepare for hearing on motion to amend order of 4/30/14. | FLI | 0.3 | $153.00 |
| 05/26/14 | CM | Review emails and attached documents from A. Nestor; make some revisions to Reply. | FLI | 0.3 | $153.00 |
| 05/26/14 | CM | Meet with A. Nestor and Thom. Nestor Sr. re Anna Nestor's affidavit; make numerous revisions; get final approval. | FLI | 1.2 | $612.00 |
| 05/26/14 | CM | Meet with A and T Nestor re test of Reply to UPB's Response. Get final approval. | FLI | 0.3 | $153.00 |
| 05/26/14 | CM | Attempt to deal with circumstances--printer without toner, downtown businesses closed for Memorial Day, obstacles to finishing and filing the Reply to the Response to Debtor's motion to amend order. | FLI | 0.5 | $255.00 (2) Overhead Costs |
| 05/26/14 | CM | File Reply and 5 exhibits; notify Debtor of filing. | FLI | 0.2 | $102.00 |
| 05/27/14 | CM | Meet with A. Nestor to prepare for court. | FLI | 0.5 | $255.00 |
| 05/27/14 | CM | Court appearance to argue in favor of motion to amend the order of April 30, 2014 to extend the time to August 31, 2014. | FLI | 0.7 | $357.00 |
| 05/27/14 | CM | Draft amended proposed order granting motion to give the Debtor until August 31, 2014 to remain in the school in Joliet. Email draft to opposing counsel. | FLI | 0.2 | $102.00 |
| 05/28/14 | CM | Exchange emails with opposing counel re revisions to the proposed order granting adequate protection while also granting a further injunction to exercise state remedies until the end of August. | FLI | 0.2 | $102.00 |
| 05/28/14 | CM | File amended proposed order with the Court by ECF; email to opposing counsel that he print it out and hand-deliver it to the judge. | FLI | 0.2 | $102.00 |
| 06/09/14 | CM | Meet with client re adequate protection payment and payment of trustee's fees. | FLI | 0.1 | $51.00 |
| 06/09/14 | CM | Draft letter to Wm. Hackney re conferring to him the Debtor's check for $5,500 as adequate protection. Email to him with copy of check. | FLI | 0.2 | $102.00 |
| 06/10/14 | CM | Hand-deliver adequate protection check to William Hackney, attorney for UPB, to give to the Receiver. Obtain receipt. | FLI | 0.2 | $102.00 |
| 06/16/14 | CM | Review motion of Jim Paul to extend the order of possession; call to attorney Steven Troy re potential false testimony. Left detailed message. | FLI | 0.1 | $51.00 |
| 06/16/14 | CM | Call to Ian Brenson re Jim Paul's motion. Left detailed message. | FLI | 0.1 | $51.00 |
| 06/16/14 | CM | Spoke with William Hackney re motion of the Receiver in Will County; he agreed to call the Alps Group to inform them of the payment received on June 10, 2014. | FLI | 0.1 | $51.00 |
| 06/16/14 | CM | Spoke with Steve Troy--he will not be going forward with the motion in Will county. | FLI | 0.1 | $51.00 |

| Date | Category | Description | | Time | Fee |
|---|---|---|---|---|---|
| 06/16/14 | CM | Email to clients and Ian Brenson about receipt of the check and the miscommunation between UrbanPartnership and ALPS. | FLI | 0.1 | $51.00 |
| 06/19/14 | CM | Exchange emails with client re remaining in the property till September 30, 2014. | FLI | 0.1 | $51.00 |
| 06/19/14 | CM | Email to UPB and ALPS Group re negotiating extension of time for Debtor to remain in the school building in Joliet. | FLI | 0.2 | $102.00 |
| 06/20/14 | CM | Review email from Wm. Hackney re conditions required if Childrens Academy can remain in the school till October 1. | FLI | 0.1 | $51.00 |
| 06/20/14 | CM | Email to client re issues raised by Hackney in his email in response to my proposal that Childrens Academy remain in the Joliet property till October 1, 2014. | FLI | 0.1 | $51.00 |
| 06/28/14 | CM | Exchange emails twice with A. Nestor; set meeting for later today. | FLI | 0.2 | $102.00 |
| 06/28/14 | CM | Spoke with A. Nestor re moving the children from the school to Lemont or to Lockport; discuss negotiations with UPB. | FLI | 0.2 | $102.00 |
| 06/30/14 | CM | Spoke with A. Nestor re negotiations with UPB. | FLI | 0.1 | $51.00 |
| | | **Subtotal CM** | | **15.6** | **$7,497.00** |
| 05/20/14 | DS&P | Spoke with A Nestor re contents of disclosure statement and plan yet to be drafted. | FLI | 0.3 | $153.00 |
| 06/16/14 | DS&P | Email to A. Nestor re disclosure statement and plan. | FLI | 0.1 | $51.00 |
| 06/30/14 | DS&P | Discuss with A. Nestor future plans for Childrens Academy. | FLI | 0.3 | $153.00 |
| | | **Subtotal DS&P** | | **0.7** | **$357.00** |
| 05/06/14 | Fee | Direct clerks to draft and file 2nd fee application. | FLI | 0.1 | $51.00 |
| 5/6/2014 | Fee | Preparing Second Interim Fee Application | Clerk2 | 2.5 | $250.00 |
| 06/03/14 | Fee | Review court ordeer granting fees, invoice, and statement. Direct clerk to mail to client. | FLI | 0.1 | $51.00 |
| 06/30/14 | Fee | Spoke with T & A Nestor re payment of attorney fees geneerated by service to Childrens Academy. | FLI | 0.1 | $51.00 (3) No benefit |
| | | **Subtotal Fee** | | **2.8** | **$403.00** |
| 05/22/14 | Trste | Email to client re obligation to pay trustee quarterly fees. | FLI | 0.1 | $51.00 |
| 05/22/14 | Trste | Review operating reports for the 1st quarterof 2014; respond to client's email about calculating trustee's fees. | FLI | 0.2 | $102.00 |
| 06/04/14 | Trste | Court appearance re status on all matters, trustee filed motion to convert or dismiss. | FLI | 0.3 | $153.00 |
| 06/05/14 | Trste | Exchange email with A. Nestor re trustee's fees. | FLI | 0.1 | $51.00 |
| 06/10/14 | Trste | Email to B. Wakefield and R. Sukley re payment of trustee quarterly fees for 4th Quarter 2013, with copy of check. | FLI | 0.1 | $51.00 |
| 06/10/14 | Trste | Draft letter to Wakefield; mail with check for 4th Q 2013. | FLI | 0.1 | $51.00 |
| 06/17/14 | Trste | Spoke with A. Nestor re trustee's motion to convert or dismiss. | FLI | 0.1 | $51.00 |
| 06/27/14 | Trste | Draft response to trustee's motion to convert or dismiss. | FLI | 0.5 | $255.00 |
| 06/27/14 | Trste | Email copy of Debtor's response to client for review. Send questions. | FLI | 0.1 | $51.00 |
| | | **Subtotal Trste** | | **1.6** | **$816.00** |
| | | | | | |
| | | **Totals by Nature** | | Time | Fee |
| | | Subtotal Admin | | 1.7 | $744.00 |
| | | Subtotal CM | | 15.6 | $7,497.00 |
| | | Subtotal DS&P | | 0.7 | $357.00 |
| | | Subtotal Fee | | 2.8 | $403.00 |
| | | Subtotal Trste | | 1.6 | $816.00 |
| | | | | | |
| | | **Total for Children's Academy** | | **22.4** | **$9,817.00** |